Andrew Mitchell, WSBA #30399
MITCHELL & MITCHELL PLLC
1710 N. Washington Street, #200
Spokane, WA 99205
Telephone: 509.315.9890
Facsimile: 509.315.9891
amitchell@mitchell-lp.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAGERS, PENNY & WADE,<br><br>   Plaintiffs,<br><br>vs.<br><br>WASHINGTON EASTERN RAILROAD LLC, JAGUAR TRANSPORT HOLDINGS, LLC, DOES 1-10, and ABC COMPANIES 1-10,<br><br>   Defendants. | No. 2:25-cv-00052<br><br>**PETITION FOR REMOVAL TO FEDERAL COURT**<br><br>**(CLERK'S ACTION REQUIRED)** |

**TO THE CLERK OF THE ABOVE CAPTIONED COURT:**

   PLEASE TAKE NOTICE THAT Washington Eastern Railroad LLC, and Jaguar Transport Holdings, LLC (hereinafter collectively "Washington Eastern RR") hereby removes to this Court the State action described below:

**PETITION FOR REMOVAL TO FEDERAL COURT (CLERK'S ACTION REQUIRED) PAGE - 1**

This case concerns allegations of Plaintiffs' alleged losses and damages occurring on or about February 2, 2022, in the County of Lincoln, State of Washington.

On January 29, 2025, plaintiffs filed a Complaint in the Superior Court of the State of Washington, Spokane County under Cause Number 25-2-00510-32. The Complaint was served upon Washington Eastern RR registered agent in the State of Washington, CT Corporation System (Olympia) on February 6, 2025, at 12:32 p.m. This Petition for Removal is timely under the applicable rules.

This Petition for Removal is being filed following service against Washington Eastern RR pursuant to 28 U.S.C. §1441(a) and is based upon 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1441(b) (removal based upon diversity of citizenship) and 28 U.S.C. §1332(a) (diversity of citizenship).

Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction of any civil action arising under the Constitution, laws, or treaties of the United States. Plaintiffs allege claims against a railroad. Railroad operations, obligations and duties are determined solely by reference to federal statute and regulation. This Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. §1367(a).

**PETITION FOR REMOVAL TO FEDERAL COURT (CLERK'S ACTION REQUIRED) PAGE - 2**

Pursuant to 28 U.S.C. §1332(a), the United States District Court has jurisdiction over suits involving citizens of different states and wherein the amount in controversy exceeds $75,000.00.

Washington Eastern RR is a corporation formed under the Laws of the State of Utah and maintains its' principal place of business in Joplin, Missouri. Jaguar Holdings LLC is a corporation formed under the laws of Delaware and maintains its' principal place of business in Joplin, Missouri. Plaintiffs are both residents and citizens of the State of Washington. Thus, this suit involves citizens of different states.

By filing in Superior Court, plaintiffs have represented in the State Court action that the amount in controversy is over $100,000.00. Thus, the amount in controversy exceeds $75,000.00.

Venue in the Eastern District of Washington at Spokane is proper as this is the judicial district in which the alleged occurrences leading to this action arose.

Thus, the requirements of 28 U.S.C. §1331 are met and this Court has diversity jurisdiction over this matter.

Washington Eastern RR expressly reserves all rights and defenses, and this Petition is made without waiver of any defenses Washington Eastern RR may have or be entitled to have with respect to the allegations contained within the Complaint.

**PETITION FOR REMOVAL TO FEDERAL COURT (CLERK'S ACTION REQUIRED) PAGE - 3**

Pursuant to 28 U.S.C. §1446(a), a copy of the State Court action is attached hereto.

Pursuant to 28 U.S.C. §1446(b)(1), this Petition is filed within thirty days of service of the State Court action upon Washington Eastern RR and is timely under the statute.

Pursuant to 28 U.S.C. §1446(d), Washington Eastern RR has filed a Notice to the Superior Court of the State of Washington, Spokane County of removal to the above-captioned Court.

Pursuant to 28 U.S.C. §1446(d), Washington Eastern RR has provided notice to counsel for plaintiffs of removal to the above-captioned Court by service of both this Petition and the State Court notice filing.

DATED this 13th day of February 2025.

MITCHELL & MITCHELL PLLC

By: s/ Andrew Mitchell
Andrew Mitchell, WSBA #30399
1710 N. Washington St., #200
Spokane, Washington 99205
(509) 315.9890 / F: (509) 315.9891
amitchell@mitchell-lp.com
Attorneys for Defendants Washington Eastern RR
And Jaguar Transport Holdings

**PETITION FOR REMOVAL TO FEDERAL COURT (CLERK'S ACTION REQUIRED) PAGE - 4**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2025, I electronically filed the preceding pleading with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

William C. Maxey, WSBA 6232    X    HAND DELIVERED
Mark J. Harris, WSBA 31720    X    EMAIL
Maxey Law Offices, PLLC
1835 W. Broadway Avenue
Spokane, WA 99201


Further, I hereby certify there are no non-CM/ECF participants upon whom service is required in this matter.

                        *s/ Andrew Mitchell*
                        Andrew Mitchell

419040

**PETITION FOR REMOVAL TO FEDERAL COURT (CLERK'S ACTION REQUIRED) PAGE - 5**