FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY MAGERS and WADE MAGERS, individually, and as husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON EASTERN RAILROAD LLC, JAGUAR TRANSPORT HOLDINGS LCC, DOES 1-10, and ABC COMPANIES 1-10,<br><br>    Defendants. | No. 2:25-CV-00052-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Motion to Dismiss, ECF No. 18. Plaintiffs are represented by Mark J. Harris and William C. Maxey. Defendants are represented by Andrew J. Mitchell, Victoria L. Rhodes, and Wayne L. Robbins, Jr.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Dismiss, ECF No. 18, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 30th day of December 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**